**Willis P. Clement, appellee, v. Chicago United Theatres, Inc., appellant. Gen. No. 29,207.**

Action for breach of contract of employment. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John K. Prindiville, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Harris F. Williams and Lee D. Mathias, for appellant. John G. Riordan, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Oscar C. Hagen, appellee, v. Edward J. Lehman et al., appellants, Gen. No. 29,216.**

Action for damages for breach of covenants of warranty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924. Rehearing denied October 24, 1924.

Butler, Lamb, Foster & Pope, for appellants; Beverly B. Vedder and Allan J. Carter, of counsel. Rathje, Wesemann, Hinckley & Barnard, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Plaza Auto Livery & Garage Company, appellee, v. William S. Bromley, appellant. Gen. No. 29,234.**

Action for damages for negligent injury to automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John K. Prindiville, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

John A. Bloomingston, for appellant. Edward H. Morris and James B. Cashin, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Anna Cohn, appellee, v. Thomas A. Harrison et al., appellants. Gen. No. 29,243.**

Fraud and deceit. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Silas Cook, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

Robert H. Holmes, for appellants. Irving G. Zazove, for appellee; Morris K. Levinson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.